IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAMARIS PEREZ ROMERO and
BRYAN ALEJANDRO ESCALONA PEREZ,

      Petitioners,

v.                        No.  2:26-cv-01304-KG-LF

MARY DE ANDA-YBARRA, et al.,

      Respondents.

## ORDER FOR STATUS REPORT

Petitioners, appearing pro se, filed a petition for a writ of habeas corpus under 28 U.S.C.

§ 2241 on April 27, 2026.  Doc. 1.  The Court, having mailed Petitioners court documents to no

avail, seeks to assure itself of jurisdiction over the matter.  As a result, the Court orders the

parties to submit a status report within thirty (30) days of entry of this Order concerning whether

Petitioners have been transferred to another facility out of the Court's jurisdiction, released on

conditions, or deported from the United States. The Court will mail a copy of this Order to the

Otero County Processing Center, where Petitioners are purportedly detained.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.